

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the interest of A.W. and
A.W., children,

No. 11-18-00119-CV

* From the 326th District Court
   of Taylor County
   Trial Court No. 8677-CX.

* October 25, 2018

* Memorandum Opinion by Wright, S.C.J.
   (Panel consists of: Bailey, C.J.;
   Gray, C.J., sitting by assignment;
   and Wright, S.C.J., sitting by
   assignment)
   (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.